# Third District Court of Appeal
## State of Florida

Opinion filed June 22, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-872
Lower Tribunal No. F12-30062
_____

**Thaddeus Chaylon Martin,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Thaddeus Chaylon Martin, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.